UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnny Frederic Heurung,                       Civ. No. 23-3749 (PAM/LIB)

      Petitioner,

v.                                                                   **ORDER**

Jared Rardin, Warden,

      Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois dated October 17, 2024. (Docket No. 18.) The R&R recommends dismissal of this matter with prejudice because Petitioner Johnny Frederic Heurung is not entitled to relief on his claims. Petitioner did not file any objections to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.     The R&R (Docket No. 18) is **ADOPTED**;

2.     Petitioner's Amended Petition for a writ of habeas corpus (Docket No. 6) is **DENIED**; and

3.  This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  November 25, 2024                    *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Court Judge